**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 96-50409
(Summary Calendar)

RALPH VASQUEZ,

Plaintiff-Appellant,

versus

BEXAR COUNTY ADULT DETENTION CENTER,

Defendant-Appellee.

Appeal from the United States District Court
for the Western District of Texas
(USDC No. SA-95-CV-477)

January 13, 1997
Before DAVIS, EMILIO M. GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

Ralph Vasquez, #738214, appeals from the district court's grant of a motion for summary judgment in favor of the defendant in his civil rights suit under 42 U.S.C. § 1983. Vasquez asserts that, as a pretrial detainee, he was placed in administrative segregation in violation of his due process rights and that he was disciplined for having carbon paper.

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Vasquez failed to present evidence demonstrating a policy or custom which caused the purported constitutional violations. See Colle v. Brazos County, Tex., 981 F.2d 237, 244 (5th Cir. 1993). Vasquez's assertion that he was denied adequate medical care was not adequately briefed and is thus deemed abandoned on appeal. See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993). The judgment of the district court is AFFIRMED.

Vasquez's requests for appointment of counsel and to sanction the defendant are DENIED.